05-92-B-W

# SYNOPSIS

SECRET
U.S. DISTRICT COURT
2005 NOV -9 P 3:39
BY DEPUTY CLERK

**Name:** **Megan Wilson**

**Address:** Bangor, Maine

**Year of Birth:** 1983 **Age:** 22

| | | |
|---|---|---|
| **Violations:** | Count 1: | 18 U.S.C. §§ 922(a)(6) and 2 (Providing False Information to a Federal Firearms Licensee and Aiding and Abetting Same) |
| | Count 2: | 18 U.S.C. § 371 (Conspiracy) |
| **Penalty:** | Count 1: | 18 U.S.C. § 924(a)(2). Class C felony. Imprisonment for not more than 10 years, a fine of not more than $250,000, or both. |
| | Count 2: | 18 U.S.C. § 371. Class D felony. Imprisonment for not more than 5 years, a fine of not more than $250,000, or both. |

**Supervised Release:** Counts 1 & 2: 18 U.S.C. § 3583(b)(2) - up to 3 years.

| | | |
|---|---|---|
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts 1 & 2: | 18 U.S.C. § 3583(e)(3) - up to 2 years imprisonment |
| **Maximum Term of Supervised Release for Violation of Supervised Release:** | Counts 1 & 2: | 18 U.S.C. § 3583(h) - up to 3 years, less any term of imprisonment |

**Defendant's Attorney:** None

**Detention Status:** Warrant to issue

**Foreign National:** No

**Consular Notification Provided:** N/A

**County:** Penobscot

**AUSA:** Joel B. Casey

**Guidelines:** Apply

**Corporate Victims Owed Restitution:** None

**Felony Assessments:** $100 per count

**Related Cases:** Defendant Wilson is named with co-defendant Rodney Nedd in same indictment.

**Caption of Any Related Search Warrants:** None.