Form No. USA-152
(Rev. 10-15-63)

U.S. DISTRICT COURT
DISTRICT OF MAINE
2005 NOV -9 P 3:39
BY
DEPUTY CLERK

**PRAECIPE FOR WARRANT**

**IN THE UNITED STATES DISTRICT COURT**

**__________ DISTRICT OF MAINE**

**__________ DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | No. SECRET 05-92-B-W |
| MEGAN WILSON | ) | |

The Clerk of said Court will issue warrant, a Indictment against the above-named defendant (information or indictment) having been filed in the above-entitled case on the 9th day of November 2005.

This 9th day of November, 2005.

Joel B. Casey
(Asst.) United States Attorney

Warrant issued: 11-10-05