UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

MEGAN WILSON

WARRANT OF ARREST

Secret

CASE NUMBER: 05-92-B-W

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Megan Wilson and bring him or her forthwith to the nearest magistrate to answer an Indictment charging him or her with:

Count One: Providing False Information to a Federal Firearms Licensee and Aiding and Abetting the Same, in violation of Title 18 United States Code, Section 922(a)(6) and 2

Count Two: Conspiracy in violation of Title 18, United States Code, Section 371.

Gail B. Creath
Name of Issuing Officer

Deputy-in-Charge
Title of Issuing Officer

Signature of Issuing Officer

11/10/05 at Bangor, Maine
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

A TRUE COPY
ATTEST: William S. Brownell, Clerk
By ____________
Deputy Clerk